UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

CITATION / CASE NO. 06-mj - 0007 CMK

vs.

## ORDER TO PAY

THOMAS M. NETHERCOT

**FILED**

**OCT 10 2006**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
City         State         Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**

DATE: 10-10-06       _____
                     DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: 06-mj-0007  Count I   FINE 100.00  ASGMT. 10.00
CITATION / CASE NO: _____  Count II  FINE 250.00  ASGMT. 10.00
CITATION / CASE NO: _____            FINE _____ ASGMT. _____
CITATION / CASE NO: _____            FINE _____ ASGMT. _____

[X] **FINE TOTAL** of $ 350.00 and a penalty assessment of $ 20.00 by 11-1-06 ~~within~~ _____ days/months or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **PROBATION** to be unsupervised / supervised for: _____

Count II Dismissed

PAYMENTS **must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 740026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

CLERK, USDC
~~650 Capitol Mall, Rm 2546~~  501 I Street
Sacramento, CA 95814

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 10-10-06       _____
                     U.S. MAGISTRATE JUDGE

Clerk's Office                              EDCA - 03 Rev 8/97